BANDAS LAW FIRM, P.C.
Attorneys at Law

MIKELL A. WEST
Attorney at Law

555 N. Carancahua, Suite 1200
Corpus Christi, Texas 78401
(361) 698-5200 Office
(361) 698-5222 Fax

June 15, 2025

The Honorable Alia Moses
Chief United States District Judge
111 East Broadway
Del Rio, Texas 78840

Via CM/ECF

    Re: *Peterson. et al. v. Jones, et al.*, Case No. 4:25-cv-2761; Disclosure of familial relationship

Dear Chief Judge Moses,

    Although the Defendants have not yet appeared in the case, Plaintiff files this letter to disclose a familial connection in the case involving one of his attorneys, Robert Clore. Specifically, Mr. Clore's father, Lawrence Clore, is an attorney Of Counsel with Norton Rose Fulbright, LLP in the labor and employment section. Norton Rose has represented Jackson Walker in the Bankruptcy Court and in connection with the action initiated by the U.S. Trustee.

    Very truly yours,

    */s/ Mikell A. West*

**Dated: June 15, 2025**

                        Respectfully submitted,

              By:   */s/ Mikell A. West*
                     Mikell A. West
                     Texas State Bar No. 24070832
                     S.D. Tex. Bar No. 1563058
                     Robert W. Clore
                     Texas State Bar No. 24012436
                     S.D. Tex. Bar No. 2032287
                     BANDAS LAW FIRM, P.C.
                     555 Carancahua Street, Suite 1200
                     Corpus Christi, Texas 78401
                     Telephone: (361) 698-5200
                     Facsimile: (361) 698-5222
                     rclore@bandaslawfirm.com
                     mwest@bandaslawfirm.com

                     Shelby A. Jordan
                     Texas State Bar No 11016700
                     Jordan & Ortiz, P.C.
                     500 N. Shoreline Blvd. Suite 804
                     Corpus Christi, Texas 78401
                     sjordan@jhwclaw.com
                     cc:  cmadden@jhwclaw.com

                     *Attorneys for Plaintiff*