United States District Court
Southern District of Texas
**ENTERED**
June 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY PETERSON, *et al* | § |
| | § |
| VS | § CIVIL ACTION NO. H-25-2761 |
| | § |
| DAVID R. JONES, *et al* | § |

## RECUSAL ORDER

I stand recused in this case.

SIGNED on this ___25th___ day of June 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE