United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION



| | |
|---|---|
| GARY PETERSON, et al.<br>Plaintiffs,<br><br>v.<br><br>DAVID R. JONES, et al.<br>Defendants. | §<br>§<br>§<br>§   Civil Action No. 4:25-CV-2761-AM<br>§<br>§<br>§<br>§ |

**ORDER**

Presently before the Court are Defendants', The Law Office of Liz Freeman, PLLC and Elizabeth Carol Freeman's, Motion to Dismiss [ECF No. 10] and Defendant Jackson Walker's Motion to Dismiss and Response to the Plaintiffs' "Alternative" Motion for Derivative Standing [ECF No. 11]. Upon careful review of the motions, the Court **REJECTS** the motions and **ORDERS** the Defendants to refile their motions to dismiss by September 25, 2025, in compliance with this Court's recent order restricting the filings to fifty pages of briefing—maximum—and twenty-five pages of exhibits—maximum.

The Court adds that motions to dismiss along with their exhibits spanning thousands of pages do not persuade or impress the Court. Gamesmanship and attempts to overwhelm the Court with a deluge of briefing will not be viewed in a positive light.

SIGNED and ENTERED on this 15th day of September 2025.

_____
ALIA MOSES
Chief United States District Judge