# Exhibit 1

# Ben Transactions Timeline



**Challenged Insider Transactions**

**12/28/18**
GWG closes its acquisition of the majority of Ben's common stock through Master Exchange Agreement

**4/15/19**
Ben buys out Sabes brothers for $25 million and obtains effective control over Company

**5/31/19**
GWG agrees to make a $65 million Insider Loan to Ben in the form of a promissory note

**6/3/19**
GWG funds $50 million of Insider Loan to Ben

**6/12/19**
GWG purchases additional equity interests in Ben for $10 million

**11/22/19**
GWG funds remaining $15 million of Insider Loan to Ben

**12/31/19**
GWG enters into Investment Agreement with Ben and pays a $79 million capital contribution

**7/15/20**
GWG enters into Preferred Series C Unit Purchase Agreement with Ben, and agrees to pay millions in capital contributions

**July 2020-December 2020**
GWG makes $130.2 million in contributions under Preferred Series C Unit Purchase Agreement

**March 2021**
GWG makes $14.8 million contribution under Preferred Series C Unit Purchase Agreement

**November 2021**
GWG relinquishes control and spins off Ben

Source: Doc. No. 1250 at p. 30, *In re: GWG Holdings, Inc.*, Case No. 22-90032.