# Exhibit 2

# EXHIBIT 2:
# Exchange Transaction



Source: *Paul Capital Advisors, L.L.C. v. Stahl*, No. 2022-0167-SG, 2022 WL 3418769, *4 (Del. Ch. Aug. 25, 2022)