IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Gary Peterson, Chris Nakashima, John English, Jaquetta English, LT-1 Exchange Trust, LT-2 Exchange Trust, LT-3 Exchange Trust, LT-4 Exchange Trust, LT-5 Exchange Trust, LT-6 Exchange Trust, LT-7 Exchange Trust, LT-8 Exchange Trust, LT-9 Exchange Trust, LT-12 Exchange Trust, LT-14 Exchange Trust, LT-15 Exchange Trust, LT-17 Exchange Trust, LT-18 Exchange Trust, LT-19 Exchange Trust, LT-20 Exchange Trust, on their own behalf and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>David R. Jones, Elizabeth Carol Freeman, The Law Office of Liz Freeman, PLLC, Jackson Walker LLP, and Porter Hedges, LLP,<br><br>      Defendants. | Civil Action No. 4:25-cv-02761 |

## ORDER GRANTING DEFENDANT JACKSON WALKER LLP'S AMENDED MOTION TO DISMISS AND AMENDED RESPONSE TO PLAINTIFFS' "ALTERNATIVE" MOTION FOR DERIVATIVE STANDING

ON THIS DATE came to be considered Defendant Jackson Walker LLP's Amended Motion to Dismiss and Amended Response to Plaintiffs' "Alternative" Motion for Derivative Standing. (Doc. No. 22) The Court, having considered the Motion, Plaintiffs' Response, and reply, and having heard the arguments of counsel, if any, finds that the Motion should be and hereby is **GRANTED**.

It is, therefore, **ORDERED** that Plaintiffs' Original Complaint is **DISMISSED WITH PREJUDICE**.

SIGNED this _____ day of _____, 2025.

_____
HONORABLE ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE