**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**



| | | |
|---|---|---|
| Gary Peterson, Chris Nakashima, John English, Jaquetta English, LT-1 Exchange Trust, LT-2 Exchange Trust, LT-3 Exchange Trust, LT-4 Exchange Trust, LT-5 Exchange Trust, LT-6 Exchange Trust, LT-7 Exchange Trust, LT-8 Exchange Trust, LT-9 Exchange Trust, LT-12 Exchange Trust, LT-14 Exchange Trust, LT-15 Exchange Trust, LT-17 Exchange Trust, LT-18 Exchange Trust, LT-19 Exchange Trust, LT-20 Exchange Trust, on their own behalf and on behalf of all others similarly situated, | § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:25-cv-02761 |
| Plaintiffs, | | |
| v. | | |
| David R. Jones, Elizabeth Carol Freeman, The Law Office of Liz Freeman, PLLC, Jackson Walker, LLP, and Porter Hedges, LLP, | | |
| Defendants. | | |

**[PROPOSED] ORDER GRANTING DEFENDANT PORTER HEDGES, LLP'S
MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (6)**

ON THIS DATE came to be considered Defendant Porter Hedges LLP's Motion to Dismiss (the "<u>Motion</u>") Pursuant to Federal Rules of Civil Procedure 12(b)(1) and (6). The Court, having considered the Motion, Plaintiffs' response thereto, and Defendant's reply, and having heard the arguments of counsel, if any, finds that the Motion should be and hereby is **GRANTED**.

1

It is, therefore, **ORDERED** that Plaintiffs' Original Complaint is **DISMISSED WITH PREJUDICE**.

SIGNED this _____ day of _____, 2025.


_____
HONORABLE ALIA MOSES
CHIEF UNITED STATES DISTRICT JUDGE