IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Gary Peterson, Chris Nakashima, John English, Jaquetta English, LT-1 Exchange Trust, LT-2 Exchange Trust, LT-3 Exchange Trust, LT-4 Exchange Trust, LT-5 Exchange Trust, LT-6 Exchange Trust, LT-7 Exchange Trust, LT-8 Exchange Trust, LT-9 Exchange Trust, LT-12 Exchange Trust, LT-14 Exchange Trust, LT-15 Exchange Trust, LT-17 Exchange Trust, LT-18 Exchange Trust, LT-19 Exchange Trust, LT-20 Exchange Trust, on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> David R. Jones, Elizabeth Carol Freeman, The Law Office of Liz Freeman, PLLC, Jackson Walker LLP, and Porter Hedges, LLP, <br><br> Defendants. | Civil Action No. 4:25-cv-02761 |

**DEFENDANT JACKSON WALKER LLP'S**
**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Jackson Walker LLP discloses that it is a limited liability partnership. Jackson Walker LLP has no parent corporation and no publicly held corporation owns 10% or more of the firm's stock.

Respectfully submitted,

| | |
|---|---|
| **NORTON ROSE FULBRIGHT US LLP** | **Rusty Hardin & Associates, LLP** |
| |   /s/ *Russell Hardin, Jr.* |
| Jason L. Boland (SBT 24040542) | Russell Hardin, Jr. (SBT 08972800) |
| William R. Greendyke (SBT 08390450) | Leah M. Graham (SBT 24073454) |
| Julie Harrison (SBT 24092434) | Jennifer E. Brevorka (SBT 24082727) |
| Maria Mokrzycka (SBT 24119994) | Emily Smith (SBT 24083876) |
| 1550 Lamar, Suite 2000 | 5 Houston Center |
| Houston, Texas 77010 | 1401 McKinney, Suite 2250 |
| Telephone: (713) 651-5151 | Houston, Texas 77010 |
| Email: jason.boland@nortonrosefulbright.com | Telephone: (713) 652-9000 |
| Email:william.greendyke@nortonrosefulbright.com | Email: rhardin@rustyhardin.com |
| Email: julie.harrison@nortonrosefulbright.com | Email: lgraham@rustyhardin.com |
| Email: maria.mokrzycka@nortonrosefulbright.com | Email: jbrevorka@rustyhardin.com |
| | Email: esmith@rustyhardin.com |
| -and- | |
| | *Co-Counsel for Jackson Walker LLP* |
| Paul Trahan (SBT 24003075) | |
| Emily D. Wolf (SBT 24106595) | |
| 98 San Jacinto Boulevard, Suite 1100 | |
| Austin, Texas 78701 | |
| Telephone: (512) 474-5201 | |
| Fax: (512) 536-4598 | |
| Email: paul.trahan@nortonrosefulbright.com | |
| Email: emily.wolf@nortonrosefulbright.com | |

*Counsel for Jackson Walker LLP*

# CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing *via* electronic mail to all counsel of record.

                                                           /s/ *Russell Hardin, Jr.*
                                                           Russell Hardin, Jr.