IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY PETERSON, CHRIS NAKASHIMA, JOHN ENGLISH, JAQUETTA ENGLISH, LT-1 EXCHANGE TRUST, LT-2 EXCHANGE TRUST, LT-3 EXCHANGE TRUST, LT-4 EXCHANGE TRUST, LT-5 EXCHANGE TRUST, LT-6 EXCHANGE TRUST, LT-7 EXCHANGE TRUST, LT-8 EXCHANGE TRUST, LT-9 EXCHANGE TRUST, LT-12 EXCHANGE TRUST, LT-14 EXCHANGE TRUST, LT-15 EXCHANGE TRUST, LT-17 EXCHANGE TRUST, LT-18 EXCHANGE TRUST, LT-19 EXCHANGE TRUST, LT-20 EXCHANGE TRUST, ON THEIR OWN BEHALF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> V. <br><br> DAVID R. JONES, ELIZABETH CAROL FREEMAN, THE LAW OFFICE OF LIZ FREEMAN, PLLC, JACKSON WALKER, LLP, AND PORTER HEDGES, LLP, <br><br> DEFENDANTS. | CIVIL ACTION NO. 4:25-CV-2761 <br><br> JURY TRIAL DEMANDED |

# ORDER ON DEFENDANTS', THE LAW OFFICE OF LIZ FREEMAN, PLLC, AND ELIZABETH CAROL FREEMAN, AMENDED MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) and (6) AND RESPONSE TO PLAINTIFFS' MOTION FOR SPECIAL LIMITED APPOINTMENT OR FOR DERIVATIVE STANDING

BE IT REMEMBERED, that on this, the _____ day of _____ _____, 2025, came to be heard Defendants', The Law Office of Liz Freeman, PLLC and Elizabeth Carol Freeman, Amended Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) and Response to Plaintiffs' Motion for Special Limited Appointment or for Derivative Standing (Doc. 21).

The Court, after considering the Motion and arguments of the parties, ORDERS that said Motion should be, and hereby is, DENIED.

SIGNED AND ENTERED on this _____ day of _____, 2025.

CHIEF UNITED STATES DISTRICT JUDGE