IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Gary Peterson, Chris Nakashima, John English, Jaquetta English, LT-1 Exchange Trust, LT-2 Exchange Trust, LT-3 Exchange Trust, LT-4 Exchange Trust, LT-5 Exchange Trust, LT-6 Exchange Trust, LT-7 Exchange Trust, LT-8 Exchange Trust, LT-9 Exchange Trust, LT-12 Exchange Trust, LT-14 Exchange Trust, LT-15 Exchange Trust, LT-17 Exchange Trust, LT-18 Exchange Trust, LT-19 Exchange Trust, LT-20 Exchange Trust, on their own behalf and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> David R. Jones, Elizabeth Carol Freeman, The Law Office of Liz Freeman, PLLC, Jackson Walker, LLP, and Porter Hedges, LLP, <br><br> Defendants. | Civil Action No. 4:25-cv-2761 <br><br> Jury Trial Demanded |

## ORDER ON DEFENDANT JACKSON WALKER LLP'S AMENDED MOTION TO DISMISS AND AMENDED RESPONSE TO PLAINTIFFS' "ALTERNATIVE" MOTION FOR DERIVATIVE STANDING

BE IT REMEMBERED, that on this, the _____ day of _____

_____, 2025, came to be heard Defendant Jackson Walker LLP's Amended

Motion to Dismiss and Amended Response to Plaintiffs' "Alternative" Motion for Derivative Standing (Doc. 22).

The Court, after considering the Motion and arguments of the parties, ORDERS that said Motion should be, and hereby is, DENIED.

SIGNED AND ENTERED on this _____ day of _____, 2025.

<br>

                                                                CHIEF UNITED STATES DISTRICT JUDGE