# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| GARY PETERSON, CHRIS NAKASHIMA, JOHN ENGLISH, JAQUETTA ENGLISH, LT-1 EXCHANGE TRUST, LT-2 EXCHANGE TRUST, LT-3 EXCHANGE TRUST, LT-4 EXCHANGE TRUST, LT-5 EXCHANGE TRUST, LT-6 EXCHANGE TRUST, LT-7 EXCHANGE TRUST, LT-8 EXCHANGE TRUST, LT-9 EXCHANGE TRUST, LT-12 EXCHANGE TRUST, LT-14 EXCHANGE TRUST, LT-15 EXCHANGE TRUST, LT-17 EXCHANGE TRUST, LT-18 EXCHANGE TRUST, LT-19 EXCHANGE TRUST, LT-20 EXCHANGE TRUST, ON THEIR OWN BEHALF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFFS,<br><br>V.<br><br>DAVID R. JONES, ELIZABETH CAROL FREEMAN, THE LAW OFFICE OF LIZ FREEMAN, PLLC, JACKSON WALKER, LLP, AND PORTER HEDGES, LLP,<br><br>DEFENDANTS. | CIVIL ACTION NO. 4:25-CV-2761<br><br><br>JURY TRIAL DEMANDED |

## ORDER ON DEFENDANT DAVID R. JONES' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

BE IT REMEMBERED, that on this, the _____ day of _____

_____, 2025, came to be heard Defendant David R. Jones' Motion to Dismiss

under Fed. R. Civ. P. 12(b)(6) (Doc. 14).

The Court, after considering the Motion and arguments of the parties,

ORDERS that said Motion should be, and hereby is, DENIED.

SIGNED AND ENTERED on this _____ day of _____,

2025.

_____
CHIEF UNITED STATES DISTRICT
JUDGE