IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| GARY PETERSON, CHRIS NAKASHIMA, JOHN ENGLISH, JAQUETTA ENGLISH, LT-1 EXCHANGE TRUST, LT-2 EXCHANGE TRUST, LT-3 EXCHANGE TRUST, LT-4 EXCHANGE TRUST, LT-5 EXCHANGE TRUST, LT-6 EXCHANGE TRUST, LT-7 EXCHANGE TRUST, LT-8 EXCHANGE TRUST, LT-9 EXCHANGE TRUST, LT-12 EXCHANGE TRUST, LT-14 EXCHANGE TRUST, LT-15 EXCHANGE TRUST, LT-17 EXCHANGE TRUST, LT-18 EXCHANGE TRUST, LT-19 EXCHANGE TRUST, LT-20 EXCHANGE TRUST, ON THEIR OWN BEHALF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> V. <br><br> DAVID R. JONES, ELIZABETH CAROL FREEMAN, THE LAW OFFICE OF LIZ FREEMAN, PLLC, JACKSON WALKER, LLP, AND PORTER HEDGES, LLP, <br><br> DEFENDANTS. | CIVIL ACTION NO. 4:25-CV-2761 <br><br> JURY TRIAL DEMANDED |

## ORDER ON DEFENDANT PORTER HEDGES, LLP'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) AND (6)

BE IT REMEMBERED, that on this, the _____ day of _____ _____, 2025, came to be heard Defendant Porter Hedges, LLP's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and (6) (Doc. 23).

The Court, after considering the Motion and arguments of the parties, ORDERS that said Motion should be, and hereby is, DENIED.

SIGNED AND ENTERED on this _____ day of _____, 2025.

                                                                     _____
                                                                     CHIEF UNITED STATES DISTRICT JUDGE