**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| GARY PETERSON, CHRIS NAKASHIMA, JOHN ENGLISH, JAQUETTA ENGLISH, LT-1 EXCHANGE TRUST, LT-2 EXCHANGE TRUST, LT-3 EXCHANGE TRUST, LT-4 EXCHANGE TRUST, LT-5 EXCHANGE TRUST, LT-6 EXCHANGE TRUST, LT-7 EXCHANGE TRUST, LT-8 EXCHANGE TRUST, LT-9 EXCHANGE TRUST, LT-12 EXCHANGE TRUST, LT-14 EXCHANGE TRUST, LT-15 EXCHANGE TRUST, LT-17 EXCHANGE TRUST, LT-18 EXCHANGE TRUST, LT-19 EXCHANGE TRUST, LT-20 EXCHANGE TRUST, ON THEIR OWN BEHALF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> PLAINTIFFS, <br><br> VS. <br><br> DAVID R. JONES, ELIZABETH CAROL FREEMAN, THE LAW OFFICE OF LIZ FREEMAN, PLLC, JACKSON WALKER, LLP, AND PORTER HEDGES, LLP, <br><br> DEFENDANTS. | CIVIL ACTION NO. 4:25-cv-2761 <br><br> JURY TRIAL DEMANDED |

**GWG LITIGATION TRUSTEE'S NOTICE OF WITHDRAWAL OF MOTION FOR
ENTRY OF AN ORDER APPROVING SETTLEMENT AGREEMENT WITH
JACKSON WALKER LLP**

**PLEASE TAKE NOTICE** that on March 12, 2026, Michael I. Goldberg, in his capacity

as the Trustee of the GWG Litigation Trust (the "Trustee"), filed a *Notice of Withdrawal of*

*Litigation Trustee's Motion for Entry of an Order Approving Settlement Agreement With Jackson*

*Walker LLP* (the "Trustee's Notice of Withdrawal") in the lawsuit captioned *In re Professional Fee Matters Concerning the Jackson Walker Law Firm,* in the United States District Court for the Southern District of Texas, Houston Division, Civil Action No. 4:23-cv-04787 (ECF No. 232) respectfully withdrawing the Litigation Trustee's motion for an order approving settlement agreement with Jackson Walker LLP (ECF No. 100) and all related filings and exhibits.

**Dated**:  March 13, 2026

**REID COLLINS & TSAI LLP**

By: */s/ Nathaniel J. Palmer*
William T. Reid, IV
Tex. Bar No. 00788817
S.D. Tex. Bar No. 17074
Nathaniel J. Palmer (admitted *pro hac vice*)
Tex. Bar No. 24065864
Emma G. Culotta
Tex. Bar No. 24132034
S.D. Tex. Bar No. 3862661
Taylor A. Lewis (admitted *pro hac vice*)
Tex. Bar No. 24138317
1301 S. Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
(512) 647-6100
wreid@reidcollins.com
npalmer@reidcollins.com
eculotta@reidcollins.com
tlewis@reidcollins.com

*Counsel for the GWG Litigation Trustee*

2

**CERTIFICATE OF SERVICE**

I, Nathaniel J. Palmer, certify that on March 13, 2026, I caused a true and correct copy of this Notice of Withdrawal of Litigation Trustee's Motion for Entry of an Order Approving Settlement Agreement with Jackson Walker LLP to be served by the Court's CM/ECF system on all parties entitled to notice.

By: */s/ Nathaniel J. Palmer*
Nathaniel J. Palmer

3